IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Michael Casimir Cerni and | ) | Judge A. Benjamin Goldgar |
| Bernadette Mallo Cerni, his wife, | ) | |
| | ) | |
| Debtors and Debtors in Possession. | ) | Case No. 15-08092 |
| | ) | |
| | ) | Hearing Date: February 24, 2016 |
| | ) | Hearing Time: 10:00 A.M. |

## NOTICE OF MOTION

To:   See attached service list

Please take notice that on February 24, 2016 at 10:00 A.M., I shall appear before the honorable A. Benjamin Goldgar, or any other Judge sitting in his stead, in Courtroom 642, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604, and will present the **Motion of Chapter 11 Counsel for Final Judgment Order,** a copy of which is enclosed and is herewith served upon you. At the hearing you may appear and be heard.

/s/ Forrest L. Ingram
One of the Debtors' Attorneys

Forrest L. Ingram, #3129032
6101E N. Sheridan Rd., #9A
Chicago, Illinois 60660
(312) 759.2838

Jack B. Fishman, #6194101
Anne B. Miller, #6257583
Fishman Miller, PC
1301 Pyott Road, Suite 203
Lake in the Hills, IL 60156
(847) 957-4927

### Certificate of Service

I, Forrest L. Ingram, an attorney, certify that I caused a true and correct copy of the above Notice and the document to which it refers on all parties entitled to service at the addresses listed below, by electronic filing through CM/ECF on the attached service list, or by US Mail, proper postage prepaid on or before 5:00 P.M. on February 16, 2016.

/s/ Forrest L. Ingram

1

## Service List

**VIA CM/ECF**

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

Peter C Bastianen
Codilis and Associates
15W030 N. Frontage Rd.
Suite 100
Burr Ridge, IL 60527

Maria Georgopoulos
Codilis and Associates
15W030 N. Frontage Rd.
Suite 100
Burr Ridge, IL 60527

Timothy R Yueill
Law Offices of Ira T. Nevel
175 N. Franklin
Chicago, IL 60606

William J. Bryan
17926 Dixie Highway
Homewood, IL 60430
708 957-2574

Toni Townsend
Andrew Nelson
Pierce & Associates
1 North Dearborn St. Suite 1300
Chicago, IL 60602

Sarah E. Willms
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028

**VIA U.S. MAIL**

Michael and Bernadette Cerni
10232 S. Whipple
Chicago, IL 60655

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Michael Casimir Cerni and Bernadette Mallo Cerni, his wife | Judge A. Benjamin Goldgar |
| Debtors and Debtors in Possession. | Case No. 15-08092 |
| | Hearing Date: February 24, 2016 |
| | Hearing Time: 10:00 A.M. |

**Motion of Chapter 11 Counsel for Final Judgment Order**

Forrest L. Ingram, Jack B. Fishman, and Anne B. Miller (hereinafter "Applicants"), previously appointed counsel for Debtors and Debtors in Possession Michael Casimir Cerni and Bernadette Mallo Cerni, his wife, ("Debtors"), respectfully ask that the Court enter a final judgment order requiring the Debtors to pay the attorney fees previously allowed by the court but not yet paid by the Debtors. This Court has jurisdiction over the subject matter of this Application under 28 U.S.C. § 1334. Orders relating to attorney fees constitute a core proceeding under 28 U.S.C. § 157(b)(2)(A).

The Applicants further request that the Court provide in its order that, should the Debtors' case be converted to chapter 7, or otherwise seek to discharge the debt through bankruptcy, the claim of the Debtors' prior chapter 11 counsel will be an administrative priority claim in such a bankruptcy case. In support of this Application, Applicants state as follows:

1. As is clear from the Docket Sheet in this case, on March 5, 2015, the Debtors entered into an Engagement Agreement with Attorney Forrest L. Ingram ("Ingram") for a Chapter 11 case, and on March 7, 2015, Mr. Ingram filed a Chapter 11 bankruptcy on the Debtors' behalf, Case No. 15-08092.

2. On April 1, 2015, the Court entered an order (Doc. 31) approving the appointment of Mr. Ingram as chapter 11 counsel, and on August 19, 2015, the Court entered an order (Doc. 95) granting the Debtors' leave to employ additional counsel, Jack B. Fishman ("Fishman") and Anne B. Miller ("Miller") as co-counsel in the case.

1

3. Before the Court granted their motion to withdraw as counsel, Applicants performed numerous legal services for the Debtors in this case.

4. On May 14, 2015, Mr. Ingram filed his first application for fees (Doc. 43).

5. On June 3, 2015, the Court entered an order (Doc. 60) granting the application, awarding fees of $13,875. And expenses of $17.77.

6. On July 3, 2015, Mr. Ingram filed his second application for fees (Doc. 70), with an amended application filed on August 3, 2015 (Doc. 87).

7. On August 26, 2015, the Court entered an order (Doc. 101) granting the application and awarding fees of $18,708.00 and expenses of $32.52.

8. On October 29, 2015, the combined Applicants (Mr. Ingram, Mr. Fishman, and Ms. Miller) filed the third fee application (Doc. 110).

9. On November 23, 2015, the Court entered an order (Doc. 117) granting the application and awarding fees of $32,935.00 and expenses of $359.44.

10. On December 22, 2015, the combined Applicants filed the fourth fee application (Doc. 120).

11. On January 20, 2016, the Court entered an order (Doc. 132) granting the application and awarding fees of $16,550.00 and expenses of $98.00.

12. After each award of fees and costs were entered by the court, Applicants sent to the Debtors an invoice and statement, to which the Court's order was attached as an exhibit.

13. The Debtors, on checks issued by Michael Cerni's Limited Liability Company, Uncharted Properties, LLC, paid off the first invoice 100%, but failed to pay $8,713.52 of the fees awarded pursuant to the second application. The Debtors have paid nothing toward the third court order of $33,294.44 nor the fourth court order of $16,648.00.

14. Although Applicants provided some services to the Debtors during December 2015 and January 2016, they are not seeking any compensation for such additional work.

15. The balance due to Applicants, after all payments from the Debtors are calculated, is $58,655.96.

2

16. Applicants ask the Court to declare in a final judgment order that the fees previously awarded but not yet paid by the Debtors, namely, $58,655.96, constitute an administrative priority claim, should the Debtors' case be converted to chapter 7, or should the Debtors in the future seek to have the debt discharged in bankruptcy.

**WHEREFORE,** Applicants request that the Court enter a final judgment order, declaring that the unpaid balance of attorney fees for services rendered by Applicants in the Debtors' chapter 11 case, in the sum of $58,655.96, be ruled to be an administrative priority claim in any further bankruptcy proceedings of these Debtors. Applicants ask for such other and further relief as the Court deems just and appropriate.

Dated: February 16, 2016

Respectfully submitted,
FORREST L. INGRAM

/s/ Forrest L. Ingram
One of Debtors' Attorneys

Forrest L. Ingram, #3129032
6101E N. Sheridan Rd., #9A
Chicago, Illinois 60660
(312) 759-2838

Jack B. Fishman, #6194101
Anne B. Miller, #6257583
Fishman Miller, PC
1301 Pyott Road, Suite 203
Lake in the Hills, IL 60156
(847) 957-4927

3